Kathleen McLeod Caminiti (NJ SBN 040361987)
kcaminiti@fisherphillips.com
FISHER & PHILLIPS LLP
430 Mountain Avenue, Suite 303
Murray Hill, NJ 07974
Telephone: 908/516-1050
Facsimile: 908/516-1051

Juan C. Araneda (CA SBN 213041)
jaraneda@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Telephone: 415/490-9000
Facsimile: 415/490-9001

Attorneys for Defendants
WELLS FARGO & COMPANY, HOPE A. HARDISON,
AND JUSTIN THORNTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| KAREN HAWKES, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO & COMPANY, HOPE A. HARDISON, JUSTIN THORNTON, and HEWITT ASSOCIATES LLC, <br><br> Defendants. | Case No.: 4:17-cv-00632-JSW <br><br> **NOTICE OF DIRECT LAND LINE FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE OF COUNSEL FOR DEFENDANTS WELLS FARGO & COMPANY, HOPE A HARDISON AND JUSTIN THORNTON** <br><br> Date: July 20, 2018 <br> Time: 11:00 a.m. <br> Judge: Hon. Jeffrey S. White <br> Courtroom: 5 <br><br> Complaint Filed: February 7, 2017 <br> Trial Date: None |

NOTICE IS HERBY GIVEN, pursuant to the Court's Order granting Defendants Wells Fargo & Company, Hope A Hardison and Justin Thornton's ("Defendants") request to appear by telephone (Dkt No. 61), that Defendants' lead counsel Kathleen McLeod Caminiti, may be reached by telephone for her appearance at the Case Management Conference in the above-entitled case scheduled for July 20, 2018 at 11:00 a.m., at **908-789-3276**.

1 | DATED:  July 12, 2018                                  FISHER & PHILLIPS LLP

2

3                                                                                     By: */s/ Juan. C. Araneda*
                                                                                            Juan C. Araneda
4                                                                                           Attorneys for Defendants
                                                                                            WELLS FARGO & COMPANY, HOPE A.
5                                                                                           HARDISON, & JUSTIN THORNTON

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is One Embarcadero Center, Suite 2050, San Francisco, California 94111.

On this date pursuant to the General Order on Electronic Filing of the Northern District of California, I electronically filed the foregoing **NOTICE OF DIRECT LAND LINE FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE OF COUNSEL FOR DEFENDANTS WELLS FARGO & COMPANY, HOPE A HARDISON AND JUSTIN THORNTON** with the clerk of the Court using the CM/ECF filing system, which will send notification of such filing(s) to the following:

| | |
|---|---|
| Teresa Susan Renaker<br>teresa@renakerhasselman.com<br>Kirsten Gibney Scott<br>Margaret Elizabeth Hasselman<br>Renaker Hasselman Scott LLP<br>235 Montgomery Street, Suite 944<br>San Francisco, CA 94104<br>Telephone:  (415) 653-1733<br>Facsimile:   (415) 727-5079<br><br>***Attorneys for Plaintiff Karen Hawkes*** | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 12, 2018, at San Francisco, California.

*/s/ Jessica Ortiz*